# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID W. BROWN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF STATE,<br><br>　　　　　　Defendant. | Case No. 1:15-cv-01459-CKK<br>Judge Colleen Kollar-Kotelly |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, the United States Department of State ("State"), hereby moves the Court for a two week extension of time, to October 21, 2016, in which to file its Reply in Support of its Motion for Summary Judgment, ECF No. 21. In support of its motion, Defendant states as follows:

**Prior Proceedings in This Case**

1) On September 7, 2015, Plaintiff filed the Complaint in this action, seeking to obtain information responsive to an August 7, 2015 Freedom of Information Act ("FOIA") request he had submitted to State.

2) On January 11, 2016; February 8, 2016; March 7, 2016; April 6, 2016; May 13, 2016; and July 15, 2016, State produced responsive, non-exempt information to Plaintiffs.

3) By Minute Order on June 30, 2016, the Court entered the current briefing schedule for Defendant's Motion for Summary Judgment as follows:

*Defendant's summary judgment motion shall be due July 29, 2016;*
*Plaintiff's response shall be due September 2, 2016; and*
*Defendant's reply shall be due October 7, 2016.*

4) Pursuant to the current briefing schedule, Defendant's reply is due October 7, 2016.

**Circumstances Of This Motion**

5) At the time of the adoption of the current briefing schedule on June 30, 2016, undersigned counsel did not have any scheduling conflicts during September and October 2016 that made the current briefing schedule infeasible.

6) Since June 30, 2016, several scheduling conflicts have developed for undersigned counsel, including matters that require travel during seven of the ten business days prior to October 7, 2016, and one of the other business days during this two-week period is the Rosh Hashanah religious holiday.

7) Several of the matters raised in Plaintiff's opposition are fact-specific and can be addressed most effectively when undersigned counsel is not traveling.

**Request For Relief And Statement Pursuant to The Court's Sept. 8, 2015 Procedural Order**

8) Defendant therefore requests that the Court extend the deadline for Defendant's Reply to October 21.

9) Pursuant to #7(B) in this Court's September 8, 2015 procedural order, ECF No. 3, Defendant includes the following:

   i. <u>The specific grounds for the extension</u>: An extension of time is warranted by good cause here in light of the unexpected travel of undersigned counsel during the weeks immediately prior to this filing deadline. Ensuring that this brief is thorough and well-supported, and that Defendant has given due consideration to

any possibilities for narrowing the issues in dispute, will be in the interests of efficiency and judicial economy.

ii. <u>The number of previous extensions, if any, granted to each party</u>: Since the Court's June 30, 2016 scheduling order, no further extensions have been granted to Defendant, and one extension, of one week, was granted to Plaintiff.

iii. <u>A statement of the impact that the requested extension would have on all other previously set deadlines</u>: There are no other deadlines that would be affected by this proposed extension.

iv. <u>A proposed schedule for any other affected deadlines, to be proposed only after consulting with opposing counsel</u>: N/A.

v. <u>Rule 7(m) statement</u>: Undersigned counsel has consulted with Plaintiff's counsel, and Plaintiff does not oppose this motion.

A proposed order is attached.

Dated: September 29, 2016					Respectfully submitted,

							BENJAMIN C. MIZER
							Principal Deputy Assistant Attorney General

							ELIZABETH J. SHAPIRO
							Deputy Branch Director

							MARCIA BERMAN
							Assistant Branch Director

							/s/ *Eric J. Soskin*

							ERIC J. SOSKIN (PA Bar #200663)
							Senior Counsel
							Federal Programs Branch
							U.S. Department of Justice, Civil Division
							20 Massachusetts Ave., NW Rm. 7116

                Washington, DC 20001
                Telephone: (202) 353-0533
                Fax: (202) 616-8470
                Email: Eric.Soskin@usdoj.gov
                *Attorneys for Defendant*