**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAVID W. BROWN,
Plaintiff
v.
DEPARTMENT OF STATE,
Defendant.

Civil Action No. 1:15-01459 (CKK)

**ORDER**
(October 31, 2017)

On January 31, 2017, the Court issued an Order in this Freedom of Information Act ("FOIA") case denying both parties' cross-motions for summary judgment because Defendant had been ordered to make additional searches for records in a parallel matter before Judge Amy Berman Jackson. *See James Madison Project, et al., v. Department of State*, No. 15-cv-1478. The Court ordered Defendant to produce to Plaintiff in this case whatever additional records it found during the searches ordered by Judge Jackson to the extent they were responsive to Plaintiff's FOIA request. It also ordered that, to the extent Defendant prepared more detailed declarations describing these searches, it must also provide Plaintiffs in this case with those declarations. In several Joint Status Reports, the parties have since indicated that Defendant's searches and rolling productions are underway.

Now before the Court is Plaintiff's [35] Consent Motion to Modify the Court's January 31, 2017 Order. Plaintiff asks the Court to rule on his already-denied motion for summary judgment to the extent that the motion challenged Defendant's withholding of records, as opposed to the adequacy of Defendant's searches. Plaintiff contends that even though arguments regarding the adequacy of Defendant's search for records are not yet ripe due to Defendant's ongoing search and productions, Plaintiff's arguments regarding withholdings under FOIA exemptions can and should

be resolved *now*. Plaintiff's motion is DENIED. Defendant is still in the process of searching for and/or producing documents responsive to Plaintiff's FOIA request. Ruling on the appropriateness of Defendant's withholdings based on a small subset of documents that have been withheld thus far, when additional searches and productions are ongoing, would be extremely inefficient. The Court will not do so. After all searches and productions are complete, if still necessary, the parties will be given another opportunity to file dispositive motions.

**SO ORDERED**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge