**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAVID W. BROWN,

Plaintiff,

v.

DEPARTMENT OF STATE,

Defendant.

Case No. 1:15-cv-01459-CKK
Judge Colleen Kollar-Kotelly

**JOINT STATUS REPORT**

Pursuant to the parties' January 12, 2018 Joint Status Report (JSR) and this Court's Minute Order of the same date, the parties hereby provide a status report to update the Court on this litigation as follows:

1. Pursuant to this Court's January 31, 2017 Order, ECF No. 32, the Department of State ("State") has produced to Mr. Brown all of the materials produced in Case No. 15-cv-1478, *James Madison Project, et al., v. Department of State,* ("*JMP*"), in connection with the similar FOIA request litigated therein.
2. These productions have included two additional productions since the parties' January 12, 2018 JSR.
3. As reflected in a joint status report being filed concurrently in *JMP*, the parties in that case have agreed to conclude production of responsive, non-exempt information in response to the FOIA request at issue there.

4. The parties in this case have agreed that, with the conclusion of productions in *JMP*, no further productions need occur in this case.

5. In its January 31, 2017 Order, this Court denied without prejudice a motion for summary judgment by State, ECF No. 21, and a cross-motion for partial summary judgment by Mr. Brown, ECF No. 24. The principal issues set forth in these motions were: 1) the adequacy of State's searches; and 2) the propriety of certain withholdings from the documents produced by State.

6. The parties agree that, in light of the subsequent productions pursuant to the order in *JMP*, there is no need for the Court in this case to issue an opinion on the adequacy of State's searches. The parties have also agreed that there are no disputes over the propriety of withholdings from any documents produced subsequent to the previous summary judgment briefing.

7. Plaintiff continues to seek a ruling on the challenges to withholdings set forth in Parts II and III of Plaintiff's Opposition to State's Motion for Summary Judgment, *see* ECF No. 23 at pp. 10-13.[1]

8. The parties respectfully submit that it would be in the interests of judicial economy and legal efficiency for the Court to rule on the challenges to withholdings as previously briefed in the parties' motions for summary judgment.

9. Accordingly, the parties respectfully request that the Court proceed by considering and ruling on the parties' motions for summary judgment with respect to withholdings. Undersigned counsel are available for argument on the questions set forth therein should such argument assist the Court.

[1] The same challenges also appear in Plaintiff's Motion for Partial Summary Judgment, ECF No. 24, at pp.10-13.

Dated: April 20, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

MARCIA BERMAN
Assistant Branch Director

/s/___________
ERIC J. SOSKIN (PA Bar #200663)
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW Rm. 7116
Washington, DC 20001
Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov
*Counsel for Defendant*

/s/ ____________________
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 (fax)
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*